IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| MICAH ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-cv-09-HEH |
| ) | |
| HIROSHI YAMAUCII, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION
### (Dismissing Civil Action)

Micah Anderson ("Anderson"), an Illinois inmate proceeding *pro se*, submitted this civil action and applied to proceed *in forma pauperis*. (ECF Nos. 1, 2, 4.) The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Anderson has at least three prior actions that were dismissed as frivolous or for failure to state a claim. *See, e.g., Anderson v. Ishrak*, No. 22-CV-0426 (WMW/ECW), 2022 WL 3348175, at *1 (D. Minn. Aug. 12, 2022); *Anderson v. PNC Fin. Servs. Grp., Inc.*, No. CV 22-425, 2022 WL 3273268, at *2-3 (W.D. Pa. Aug. 11, 2022); *Anderson v. Snap, Inc.*, No. 22-CV-0256-GPC-DEB, 2022 WL 2759089, at *1 (S.D. Cal. July 14, 2022); *Anderson v. Exxon Mobile*, No. 3:21-CV-1637-X-BN, 2021 WL 3639750, at *3 (N.D. Tex. July 16, 2021), *report and recommendation adopted*,

No. 3:21–CV–1637–X, 2021 WL 3633879 (N.D. Tex. Aug. 17, 2021). Anderson's current complaint does not demonstrate that he is in imminent danger of serious physical harm. Accordingly, his request to proceed *in forma pauperis* will be denied and the action will be dismissed without prejudice. If Anderson wishes to bring this action, he may file a new complaint accompanied by the full $402.00 filing fee.

    An appropriate Order shall issue.

/s/
Henry E. Hudson
Senior United States District Judge

Date: March 8, 2023
Richmond, Virginia